Fernando ALONSO, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 68428.

Missouri Court of Appeals,
Western District.

July 22, 2008.

Susan E. Summers, Kansas City, MO, for appellant.

Jayne T. Woods, Jefferson City, MO, for respondent.

Before JAMES EDWARD WELSH, P.J., PAUL M. SPINDEN, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM.

Fernando Alonso appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).